Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel strips similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.

**No. 59479.**—Sterling Factors Company *v.* United States, protest 145111–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of woven silk fabrics in the piece, bleached, dyed, colored, or printed, the same in all material respects as those the subject of *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326), the claim of the plaintiff was sustained.

**No. 59480.**—Regal Accessories, Inc., and Dunlap Alpers and Mott, Inc., et al. *v.* United States, protests 186527–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59481.**—Jack Frank & Co. and Airport Clearance Service et al. *v.* United States, protests 196915–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.